BOIES, SCHILLER & FLEXNER LLP
DOUGLASS A. MITCHELL, ESQ.
Nevada Bar No. 3775
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone: (702) 382-7300
dmitchell@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
LAUREN F. LOUIS, ESQ. (pro hac vice)
Florida Bar No. 039643
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
llouis@bsfllp.com

*Attorneys for Plaintiff*
*LNG Management Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEVADA

| | | |
|---|---|---|
| LNG MANAGEMENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:16-cv-00860 |
| | ) | |
| PREMIERE PRETZELS OF NEVADA, | ) | ECF No. 27 |
| INC., and BONANNO RESTAURANTS, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a), the parties hereto hereby stipulate to entry of an order dismissing this case with prejudice, with each side to bear its own costs and attorneys' fees. The proposed form of order voluntarily dismissing this action with prejudice and without costs is attached hereto as Ex. A.

1

Dated:  February 9, 2018     Respectfully submitted,


By: /s/ Jeff Silvestri     By: /s/ Lauren F. Louis

Jeff Silvestri, Esquire
Rory T. Kay, Esquire
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendants, Premiere Pretzels of Nevada, Inc.
and Bonanno Restaurants, LLC*

Douglass A. Mitchell, Esquire
**BOIES, SCHILLER & FLEXNER LLP**
Nevada Bar No. 3775
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
dmitchell@bsfllp.com

Lauren Fleischer Louis
**BOIES, SCHILLER & FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, Florida 33301
Tel: (954) 356-0011
llouis@bsfllp.com

*Attorneys for Plaintiff, LNG Management Corporation*


**ORDER**

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
February 9, 2018